IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01836-PAB-TPO

MAXINE CORDOVA,
    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
    Defendant.

_____

## NOTICE OF SETTLEMENT
_____

    Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, Campbell, Wagner & Frazier, LLC, hereby notifies the Court that the parties have reached a settlement of all claims at issue in this litigation.

    The parties are working to finalize settlement documents and will file those with the Court as soon as possible.

    Respectfully submitted this 2nd day of April, 2025.

    By:    *s/ Rebecca K. Wagner*
            Rebecca K. Wagner, Atty. Reg. No. 33473
            Alan Oterin, Atty. Reg. No. 55862
            CAMPBELL, WAGNER & FRAZIER, LLC
            5251 DTC Parkway, Suite 400
            Greenwood Village, Colorado 80111
            (303) 831-5990
            Email:  rwagner@cwf-law.net
                         aoterin@cwf-law.net
            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of April, 2025, I presented the foregoing **NOTICE OF SETTLEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to counsel of record.

Nicholas Cattaneo
J. Howard Thigpen
Bachus & Schanker, LLC
950 17th Street, Suite 1050
Denver, CO  80202

                          *s/ Emily Amon*
                          Emily Amon